UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Stephen Colton,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Asset Recovery Associates; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | Civil Action No.:  1:11-cv-02184-MJG |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

　　　　Stephen Colton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 26, 2011

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　By  /s/ Forrest E. Mays
　　　　　　　　　　　　　　　　　　　Forrest E. Mays (Bar No. 07510)
　　　　　　　　　　　　　　　　　　　1783 Forest Drive, Suite 109
　　　　　　　　　　　　　　　　　　　Annapolis, MD  21401
　　　　　　　　　　　　　　　　　　　Telephone: (410) 267-6297
　　　　　　　　　　　　　　　　　　　Facsimile: (410) 267-6234
　　　　　　　　　　　　　　　　　　　Email: mayslaw@mac.com

　　　　　　　　　　　　　　　　　　　Of Counsel To
　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Forrest E. Mays

                                            Forrest E. Mays