FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 OCT 27 P 12: 11

CLERK'S OFFICE
AT BALTIMORE
BY_____ _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

Stephen Colton,

           Plaintiff,

v.

Asset Recovery Associates; and DOES 1-10, inclusive,

           Defendant.

Civil Action No.: 1:11-cv-02184-MJG

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Stephen Colton ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 26, 2011

           Respectfully submitted,
           By /s/ Forrest E. Mays
           Forrest E. Mays (Bar No. 07510)
           1783 Forest Drive, Suite 109
           Annapolis, MD 21401
           Telephone: (410) 267-6297
           Facsimile: (410) 267-6234
           Email: mayslaw@mac.com

           Of Counsel To
           LEMBERG & ASSOCIATES L.L.C.
           A Connecticut Law Firm
           1100 Summer Street, 3rd Floor
           Stamford, CT 06905
           Telephone: (203) 653-2250
           Facsimile: (203) 653-3424
           ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays

Forrest E. Mays

SO ORDERED, on Wednesday, October 26, 2011.

/s/
Marvin J. Garbis
United States District Judge